**Order entered July 18, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00482-CR**

**KRISTIAN MICHAEL WRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 33838CR**

**ORDER**

We **REINSTATE** this appeal.

We abated when court reporter Shannon Sudderth informed the Court she was not working on the record because no payment arrangements have been made. On July 14, 2022, the trial court held a hearing and determined that appellant is indigent for purposes of the appeal. The reporter's record from that hearing was filed that same day.

We **ADOPT** the trial court's finding that appellant is indigent for purposes of this appeal.

We previously deferred ruling on Ms. Sudderth's request for an extension of time to work on the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record filed by August 15, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; to court reporter Shannon Sudderth; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE